UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AVERY HYPOLITE,<br><br>            Plaintiff,<br><br>        v.<br><br>R. ZAMORA, et al.,<br><br>            Defendants. | Case No.: 1:14-cv-01199-LJO-SAB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATION, DISMISSING DEFENDANT SCHULTZ, WITHOUT PREJUDICE, PURSUANT TO RULE 4(M) OF THE FEDERAL RULES OF CIVIL PROCEDURE<br><br>[ECF No. 28] |

Plaintiff Avery Hypolite is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On November 10, 2015, the magistrate judge issued a Findings and Recommendation recommending dismissal of Defendant N. Schultz for pursuant to Rule 4(m) of the Federal Rules of Civil Procedure.  (ECF No. 28.)  The Findings and Recommendation was served on Plaintiff and contained notice that objections were to be filed within thirty days.  (Id.)  On November 25, 2015, Plaintiff filed a motion to compel, and on December 2, 2015, Plaintiff filed objections to the Findings and Recommendation.  (ECF Nos. 30, 31.)

On December 8, 2015, Plaintiff's motion to compel was denied and in the interest of justice Plaintiff was granted thirty additional days to provide additional information to assist in the identification of Defendant Schultz.  (ECF No. 32.)  Plaintiff was advised the failure to respond to the order and/or failure to provide additional information to assist in the identification of Defendant

1

Schultz would result in dismissal of Defendant Schultz pursuant to Rule 4(m) of the Federal Rules of Civil Procedure.  (Id.)  Plaintiff has failed to respond to the Court's December 8, 2015, and has failed to provide additional information to assist in the identification of service of Defendant Schultz. Accordingly, Defendant Schultz must be dismissed without prejudice pursuant to Rule 4(m) of the Federal Rules of Civil Procedure.

      Based on the foregoing, it is HEREBY ORDERED that:

1. The Findings and Recommendation filed on November 10, 2015, is ADOPTED in FULL;
2. Defendant N. Schultz is DISMISSED from the action without prejudice pursuant to Rule 4(m) of the Federal Rules of Civil Procedure.

IT IS SO ORDERED.

Dated:  **April 11, 2016**        /s/ Lawrence J. O'Neill  
                                                      UNITED STATES DISTRICT JUDGE