UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AVERY HYPOLITE,<br><br>    Plaintiff,<br><br>    v.<br><br>R. ZAMORA,<br><br>    Defendant. | Case No.: 1:14-cv-01199-LJO-SAB (PC)<br><br>ORDER REQUIRING PLAINTIFF TO SHOW CAUSE WITHIN FIFTEEN DAYS WHY SANCTIONS SHOULD NOT BE IMPOSED FOR FAILURE TO COMPLY WITH THE COURT'S SCHEDULING ORDER<br><br>[ECF No. 59] |

Plaintiff Avery Hypolite is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

This action is proceeding on Plaintiff's claim against Defendant R. Zamora for use of excessive force in violation of the Eighth Amendment, and is set for a telephonic trial confirmation hearing on April 13, 2017, and a jury trial on May 23, 2017.

On November 4, 2016, the Court issued the Second Scheduling Order, which required Plaintiff to file a pretrial statement on or before February 13, 2017. Plaintiff failed to comply with the Court's order to file a pretrial statement.[1] Accordingly, it is HEREBY ORDERED that:

    1.    Within **fifteen (15) days** from the date of service of this order, Plaintiff shall show cause sanctions should not be imposed for failing to comply with the scheduling order; and

---

[1] On February 8, 2017, Plaintiff filed a motion for the attendance of incarcerated witnesses as required by the Second Scheduling Order; however, there is no mention of the filing of a pretrial statement. (ECF No. 66.)

1

2. The failure to respond to this order will result in dismissal of this action, with prejudice.

IT IS SO ORDERED.

Dated: __**February 23, 2017**__        _____/s/ Lawrence J. O'Neill_____
                                       UNITED STATES CHIEF DISTRICT JUDGE