UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AVERY HYPOLITE,<br><br>        Plaintiff,<br><br>   v.<br><br>R. ZAMORA,<br><br>        Defendant. | Case No.: 1:14-cv-01199-LJO-SAB (PC)<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE ISSUED FEBRUARY 23, 2017, AND DIRECTING DEFENDANT TO FILE THE PRETRIAL STATEMENT AND OPPOSITION, IF ANY, TO PLAINTIFF'S MOTION FOR INCARCERATED WITNESSES WITHIN FIFTEEN DAYS OF DATE OF SERVICE OF THIS ORDER<br><br>[ECF No. 69] |

     Plaintiff Avery Hypolite is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

     On February 23, 2017, the undersigned ordered Plaintiff to show cause why sanctions should not be imposed for the failure to file a pretrial statement in accordance with the Court's second scheduling order.  (ECF No. 67.)  On February 28, 2017, the Court relieved Defendant of filing his pretrial statement and opposition to Plaintiff's pending motion for incarcerated witnesses in light of the pending order to show cause.

     On March 3, 2017, Plaintiff filed his pretrial statement.  (ECF No. 70.)  The Court will vacate the February 23, 2017, order to show cause as Plaintiff has now filed his pretrial statement.  However, Plaintiff is advised that he must comply with any and all deadlines set forth by the Court or appropriate sanctions may be issued.

Based on the foregoing, it is HEREBY ORDERED that:

1. The order to show cause issued February 23, 2017, is discharged; and

2. Defendant shall file his pretrial statement and opposition, if any, to Plaintiff's motion for incarcerated witnesses within **fifteen (15)** days from the date of service of this order.

IT IS SO ORDERED.

Dated: **March 7, 2017**           /s/ Lawrence J. O'Neill
                                    UNITED STATES CHIEF DISTRICT JUDGE