# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AVERY HYPOLITE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>R. ZAMORA,<br><br>　　　　Defendant. | Case No.: 1:14-cv-01199-LJO-SAB (PC)<br><br>ORDER REGARDING DEFENDANT'S OBJECTIONS TO PRETRIAL ORDER<br><br>[ECF No. 83] |

Plaintiff Avery Hypolite is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

This action proceeds to trial on Plaintiff's claim of excessive force against Defendant R. Zamora. The jury trial is set for May 23, 2017, at 8:30 a.m. before the undersigned.

On April 14, 2017, the Court issued the pretrial order in this action, and directed that objections were to be filed by April 24, 2017.

On April 24, 2017, Defendant filed objections. Defendant requests that the Court extend the deadline for submission of the joint trial exhibits and joint exhibit list from May 1, 2017 to May 9, 2017. Defendant also requests he be allowed to provide a legal definition for the term moral turpitude to the jury at the time of examination on the topic. Defendant's objection is granted as to the former request and denied as to the latter request.

///

1

On the basis of good cause, the deadline to submit the joint trial exhibits and joint exhibit list is extended from May 1, 2017, to May 9, 2017.

Defendant's request to provide the jury with a definition of moral turpitude is denied as unneeded. IF the Plaintiff testifies at the trial, he may be asked whether or not he's been convicted of a felony. Assuming that fact is established with the answer, nothing precludes argument by defense counsel in his closing argument that the jury should not believe the Plaintiff due to the conviction. Period.

IT IS SO ORDERED.

Dated: **April 25, 2017**         **/s/ Lawrence J. O'Neill**
                                 UNITED STATES CHIEF DISTRICT JUDGE