## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

AVERY L. HYPOLITE,

                Plaintiff,

v.

R. ZAMORA,

                Defendant.

Case No. 1:14-cv-01199-LJO-SAB (PC)

ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO TRANSPORT INMATE JESSE WASHINGTON, CDCR # D-23593

DATE: May 23, 2017
TIME: 8:00 a.m.
COURTROOM: 4 (LJO)

Inmate **Jesse Washington**, **CDCR #D-23593**, a necessary and material witness in proceedings in this case on May 23, 2017, is confined at California State Prison, Corcoran, 4001 King Avenue, Corcoran, California 93212, in the custody of the Warden. In order to secure this inmate's attendance, it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate in Courtroom #4, Seventh Floor, United States Courthouse, 2500 Tulare Street, Fresno, California on May 23, 2017, at 8:00 a.m.

**ACCORDINGLY, IT IS ORDERED that:**

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify in United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court; and thereafter to return the inmate to the above institution;

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: The Warden of Corcoran State Prison:**

**WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above, and from day to day until completion of the proceedings, or as ordered by the court; and thereafter to return the inmate to the above institution.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

Dated:   __**May 5, 2017**__          _____**/s/ Lawrence J. O'Neill**_____
                                          UNITED STATES CHIEF DISTRICT JUDGE

