UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AVERY HYPOLITE,<br><br>    Plaintiff,<br><br>v.<br><br>R. ZAMORA,<br><br>    Defendant. | Case No.: 1:14-cv-01199-LJO-SAB (PC)<br><br>ORDER OVERRULING DEFENDANT'S OBJECTION TO THE COURT'S MAY 5, 2017, ORDER GRANTING ATTENDANCE OF INMATE WITNESSES<br><br>[ECF No. 97] |

    Plaintiff Avery Hypolite is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

    This action proceeds to trial on Plaintiff's claim of excessive force against Defendant R. Zamora, and jury trial is set for May 23, 2017, at 8:30 a.m. before the undersigned.

    On May 5, 2017, the undersigned granted Plaintiff's motion for the attendance of inmate witnesses Jesse Washington and Egnacio Joshua. (ECF No. 93.)

    On this same date, Defendant Zamora filed an objection to the Court's order with regard to inmate witness, Jesse Washington. Defendant Zamora argues that Plaintiff has submitted the same exact declaration by Jesse Washington which was previously found to be deficient by the Court. Plaintiff attached a new and different declaration by inmate Jesse Washington to his May 5, 2017, motion. (Mtn. at 4-5, ECF No. 92.) In that declaration, inmate Jesse Washington declares that he was an eye and ear witness to the incident between Plaintiff and Defendant Zamora on November 4, 2012.

As stated in the Court's May 5, 2017, order, the Court finds that the renewed declaration by inmate Jesse Washington is sufficient to demonstrate personal knowledge of the November 4, 2012, incident and Washington's testimony may substantially further the resolution of this case. Accordingly, Defendant Zamora's objection to the attendance of inmate witness Jesse Washington is overruled.

IT IS SO ORDERED.

Dated: **May 8, 2017**      **/s/ Lawrence J. O'Neill**
UNITED STATES CHIEF DISTRICT JUDGE