# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AVERY HYPOLITE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>R. ZAMORA,<br><br>　　　　Defendant. | Case No.: 1:14-cv-01199-LJO-SAB (PC)<br><br>ORDER GRANTING DEFENDANT'S REQUEST TO SUBMIT AND SERVE INMATE WITNESS C-FILE RECORDS ON THE FIRST DAY OF TRIAL<br><br>[ECF No. 98] |

Plaintiff Avery Hypolite is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

This action proceeds to trial on Plaintiff's claim of excessive force against Defendant R. Zamora, and jury trial is set for May 23, 2017, at 8:30 a.m. before the undersigned.

Currently before the Court is Defendant's request for leave to submit and serve the inmate witness C-file records on the first day of trial.

Good cause having been presented to the Court, it is HEREBY ORDERED that Defendant may submit the inmate witness C-file records on May 23, 2017, the first day of trial.

IT IS SO ORDERED.

　　Dated: __May 8, 2017__　　　　　　　　__/s/ Lawrence J. O'Neill__
　　　　　　　　　　　　　　　　　　　　UNITED STATES CHIEF DISTRICT JUDGE

1