# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AVERY HYPOLITE,<br><br>            Plaintiff,<br><br>    v.<br><br>R. ZAMORA,<br><br>            Defendant. | Case No. 1:14-cv-01199-LJO-SAB (PC)<br><br>ORDER THAT INMATE **EGNACIO JOSHUA** IS NO LONGER NEEDED AS A WITNESS IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IF DISCHARGED |

A jury trial in this matter commenced on May 23, 2017, inmate Egnacio Joshua CDCR Inmate No. P-07512, is no longer needed by the Court as a witness in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

IT IS SO ORDERED.

    Dated: __May 24, 2017__           __/s/ Lawrence J. O'Neill___
                                                     UNITED STATES CHIEF DISTRICT JUDGE